UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CASE NO. 1:13-00001 |
| ) | JUDGE SHARP |
| THOMAS HARDIMAN [2] ) | |
| ) | |

# O R D E R

A hearing on a plea of guilty in this matter is hereby scheduled for Wednesday, August 27, 2014, at 1:30 p.m.

It is so ORDERED.

*Kevin H. Sharp*

KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE