UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CASE NO. 1:13-00001 |
| | ) JUDGE SHARP |
| THOMAS HARDIMAN [2] | ) |
| | ) |

# O R D E R

Due to a calendar conflict, the sentencing hearing scheduled for November 21, 2014, is hereby rescheduled for Friday, December 12, 2014, at 2:30 p.m.

It is so ORDERED.

*Kevin H. Sharp*
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE